```
                    UNITED STATED DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------x
                               :
LINDA BORAN,                   :
                               :
     Plaintiff,                :      CIVIL ACTION NO.
                               :      3:06CV00033 (AWT)
v.                             :
                               :
CHARLES SANDERS and            :
ANDRE J. LELIEVRE              :
                               :
-------------------------------x
```

### RULING ON MOTION FOR ENTRY OF JUDGMENT
### SUMMARILY IN ACCORDANCE WITH SETTLEMENT AGREEMENT

For the reasons set forth below, the plaintiff's Motion for Entry of Judgment Summarily in Accordance with Settlement Agreement (Doc. No. 60) is hereby DENIED.

The plaintiff's motion for entry of judgment is being denied because a judgment was not bargained for and is not necessary to effectuate the parties' settlement. A review of the March 13, 2007 letter from counsel for the defendants and the attachment to the plaintiff's Reply in Support of Motion for Entry of Judgment Summarily in Accordance With Settlement Agreement (Doc. No. 62) confirms that both parties have agreed to the following stipulation: "[D]efendants withdraw any assertion or implication that Ms. Boran was involved with, is responsible for, participated in, or benefitted from MBNA account 5490355246287696." Accordingly, the parties shall by no later than June 6, 2007, file a stipulation to that effect, for approval by the court.

The Clerk shall consolidate this case with <u>Boran v. Columbia</u>

<u>Credit Services et al.</u>, Civil Action No. 3:06CV228 (AWT), and <u>Boran v. Columbia Credit Services et al.</u>, Civil Action No. 3:06CV806 (AWT).  Unless the parties are able to agree by June 15, 2007, on an amount to be paid to the plaintiff for attorney's fees and costs, the plaintiff shall file an application for attorney's fees and costs in the consolidated case by June 22, 2007.

It is so ordered.

Dated this 23d day of May 2007, at Hartford, Connecticut.


                                                        /s/AWT
                                                Alvin W. Thompson
                                      United States District Judge